ROBERT WAGGENER - SBN: 118450
LAW OFFICE OF ROBERT WAGGENER
214 Duboce Avenue
San Francisco, California 94103
Phone:     (415) 431-4500
Fax:        (415) 255-8631
E-Mail:    rwlaw@mindspring.com

Attorney for Defendant FRED NAREDO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FRED NAREDO,<br><br>　　　　　　Defendant.<br>_____/ | No. CR06 0565 SI<br><br>**DEFENDANT NAREDO'S APPLICATION TO EXCUSE DEFENDANT'S APPEARANCE AT THE APRIL 2, 2007 COURT APPEARANCE**<br><br>**NO HEARING REQUESTED** |

　　　　The defendant, Fred Naredo, through his attorney, Robert Waggener, hereby requests that this Court enter an order excusing his appearance at the next scheduled court appearance on April 2, 2007.

　　　　1.　　The defendant is not in custody on conditions of pre-trial release and is in compliance with all of his conditions of release.

　　　　2.　　The case is set for a status appearance before this Court on April 2, 2007, at 4:00 p.m. The defendant has asked counsel to request that his personal appearance be waived for this court hearing, in light of the lengthy travel involved.

　　　　3.　　Counsel has explained to defendant his right to attend the hearing, counsel's expectations as to what will be discussed at the hearing, and the current status of the case. Mr. Naredo informed counsel that he understood and would waive his right to attend the court hearing.

---

APPLICATION TO WAIVE APPEARANCE　　　　　　　　C:\Data\FD\Defendant's Application for Waiver of Appearance.fn.wpd

1  4. Counsel for defendant believes that Mr. Naredo's request to waive his appearance at this court hearing is knowingly and voluntary, in light of the fact that the case is in the preliminary stages and that there are ongoing discussions regarding discovery matters.

5. On March 29, 2007, counsel spoke with Assistant United States Attorney Dave Dernier, who informed counsel that he has no objection to defendant being excused from personal attendance at the court appearance.

6. Counsel for defendant will personally appear on behalf of the defendant at the scheduled hearing.

WHEREFORE, the defendant, Fred Naredo, requests that this Court excuse him from personally attending the status hearing on April 2, 2007. A proposed Order is attached hereto.

Dated: March 29, 2007

ROBERT WAGGENER
Attorney for Defendant
FRED NAREDO

1 | ROBERT WAGGENER, SBN: 118450
  | LAW OFFICE OF ROBERT WAGGENER
2 | 214 Duboce Avenue
  | San Francisco, California 94103
3 | Phone:       (415) 431-4500
  | Fax:         (415) 255-8631
4 | E-Mail:      rwlaw@mindspring.com

5 | Attorney for Defendant FRED NAREDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR06 0565 SI |
|---|---|
| Plaintiff, | **DECLARATION OF FRED NAREDO IN SUPPORT OF APPLICATION TO EXCUSE DEFENDANT'S APPEARANCE AT THE APRIL 2, 2007 COURT APPEARANCE** |
| v. | |
| FRED NAREDO, | |
| Defendant. | **NO HEARING REQUESTED** |

I, FRED NAREDO, declare under penalty of perjury that:

1. I am a defendant in the above-captioned matter. I understand that I have the right to be present in all court proceedings involving my case.

2. I have asked my attorney Robert Waggener to request that my personal appearance be waived for this court hearing, in light of the lengthy travel involved.

3. Mr. Waggener explained to me my right to attend the hearing, his expectations as to what would be discussed at the hearing, and the current status of the case. I told Mr. Waggener that I understood these issues and I still wish to waive my right to attend the court hearing.

Dated: March 29, 2007

_Fred Naredo_
FRED NAREDO

C:\Data\FD\Declaration.fn.wpd

ROBERT WAGGENER - SBN: 118450
LAW OFFICE OF ROBERT WAGGENER
214 Duboce Avenue
San Francisco, California 94103
Phone: (415) 431-4500
Fax: (415) 255-8631
E-Mail: rwlaw@mindspring.com

Attorney for Defendant FRED NAREDO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR06 0565 SI |
| Plaintiff, | **[PROPOSED] ORDER EXCUSING DEFENDANT'S APPEARANCE AT THE APRIL 2, 2007 COURT APPEARANCE** |
| v. | |
| FRED NAREDO, | |
| Defendant. | |

**GOOD CAUSE APPEARING THEREFOR,**

**IT IS HEREBY ORDERED** that defendant Fred Naredo shall be excused from personally appearing at the status hearing scheduled for April 2, 2007.

Dated: _____

_____
SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

C:\Data\FD\Order.fn.wpd