ROBERT WAGGENER, SBN: 118450
LAW OFFICE OF ROBERT WAGGENER
214 Duboce Avenue
San Francisco, California 94103
Phone:      (415) 431-4500
Fax:        (415) 255-8631
E-Mail:     rwlaw@mindspring.com

Attorney for Defendant FRED NAREDO

FILED

APR 2 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR06 0565 SI |
| Plaintiff, | **STIPULATION AND ORDER RE TRAVEL** |
| v. | |
| FRED NAREDO, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties that the following modification can be made to the conditions of release for defendant Fred Naredo in the above-entitled case.

Defendant Fred Naredo's travel restrictions are expanded such that he can travel to the District of Nevada. However, upon any such travel into the District of Nevada, Mr. Naredo is to provide notice of his intended trip to United States Pretrial Services and the logistics of any such trip, *e.g.*, date of departure and return, length of stay, and information as to where he will be staying. This Stipulation and Order is consistent with information provided to counsel Robert Waggener by United States Pretrial Services Officer Jim Elder.

Counsel Robert Waggener has verified that United States Pretrial Services Officer Jim Elder has no objection to the described modification of Mr. Naredo's release conditions.

1  All other conditions of Mr. Naredo's release conditions are to remain in effect.

3  Dated:    April 12, 2007

ROBERT WAGGENER
Attorney for Defendant
FRED NAREDO

7  Dated:    April ___, 2007

DAVID DENIER
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:    4/26/07

United States District Court Magistrate/Judge
Edward M. Chen
United States Magistrate Judge

STIPULATION & ORDER RE MODIFICATION
OF TRAVEL                                       -2-  C:\Data\FD\Stipulations\Travel Modifications\S&O Re Travel.fn.wpd

All other conditions of Mr Naredo's release conditions are to remain in effect.

Dated: April 12, 2007

_____
ROBERT WAGGENER
Attorney for Defendant
FRED NAREDO

Dated: April 12, 2007

_____
DAVID DENIER
Assistant United States Attorney

IT IS SO ORDERED.

Dated: _____

_____
United States District Court Magistrate/Judge

STIPULATION & ORDER RE MODIFICATION OF TRAVEL

-2- C:\Data\FD Stipulations\Travel Modifications\S&O Re Travel.fn.wpd

TOTAL P.04

TOTAL P.03