1  ROBERT WAGGENER, SBN: 118450
   LAW OFFICE OF ROBERT WAGGENER
2  214 Duboce Avenue
   San Francisco, California 94103
3  Phone:     (415) 431-4500
   Fax:       (415) 255-8631
4  E-Mail:    rwlaw@mindspring.com

5  Attorney for Defendant FRED NAREDO

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA              No. CR06 0565 SI

12                 Plaintiff,             **STIPULATION AND ORDER RE TRAVEL**

13         v.

14 FRED NAREDO,

15                 Defendant.
   _____/
16

17         **IT IS HEREBY STIPULATED** by and between the parties that the following

18 modification can be made to the conditions of release for defendant Fred Naredo in the above-

19 entitled case.

20         Defendant Fred Naredo is allowed to travel outside the Northern District of California to

21 the area of Rapid City, South Dakota for vacation purposes. Mr. Naredo will be driving to South

22 Dakota, leaving Santa Rosa on August 3, 2007 and returning on August 18, 2007. Because he is

23 traveling by automobile, Mr. Naredo will be driving through portions of the Ninth, Tenth and

24 Eighth Circuits. South Dakota is in the Eight Circuit.

25         Mr. Naredo is to provide notice of his intended trip to United States Pretrial Services, as

26 well as the logistics of the trip, *e.g.*, date of departure and return, length of stay, and information

27 as to where he will be staying en route and while in South Dakota.

28

**STIPULATION & ORDER RE MODIFICATION
OF TRAVEL**            C:\Documents and Settings\ddenier\Local Settings\Temporary Internet Files\OLKC3\SO Re Travel 2 fn.wpd

JUL-27-2007 16:59 From:US ATTORNEY                     4154366748                    T-704 P.003 F-963        P.2/2
Case 3:06-cr-00565-SI    Document 118    Filed 07/30/07    Page 2 of 2

1  Counsel Robert Waggener has verified that United States Pretrial Services Officer Tim
2  Elder has no objection to the described modification of Mr. Naredo's release conditions.
3  All other conditions of Mr. Naredo's release conditions are to remain in effect.

6  Dated:   July 27, 2007

   ROBERT WAGGENER
7  Attorney for Defendant
   FRED NAREDO

10 Dated:   July 27, 2007

   DAVID DENIER
11 Assistant United States Attorney

13        **IT IS SO ORDERED.**

15 Dated:   July 30, 2007

   _____
   United States Magistrate Judge
   Judge Joseph C. Spero

STIPULATION & ORDER RE MODIFICATION
OF TRAVEL                                 2
                       C:\Documents and Settings\ddenier\Local Settings\Temporary Internet Files\OLKC3\SO Re Travel 2 fn.wpd