1  ROBERT WAGGENER - SBN: 118450
   LAW OFFICE OF ROBERT WAGGENER
2  214 Duboce Avenue
   San Francisco, California 94103
3  Phone:      (415) 431-4500
   Fax:        (415) 255-8631
4  E-Mail:     rwlaw@mindspring.com

5  Attorney for Defendant FRED NAREDO

6

7

8                    **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA              No.  CR06 0565 SI

12                      Plaintiff,        **[PROPOSED] ORDER EXCUSING**
                                          **DEFENDANT'S APPEARANCE AT THE**
13            v.                          **FEBRUARY 29, 2007 COURT HEARING**

14  FRED NAREDO,

15                      Defendant.
    _____/

16

17      **GOOD CAUSE APPEARING THEREFOR**,

18      **IT IS HEREBY ORDERED** that defendant Fred Naredo shall be excused from

19  personally appearing at the status hearing scheduled for February 29, 2007.

20

21  Dated: _____        _____
                                          SUSAN ILLSTON
22                                        UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27

28
    [PROPOSED] ORDER FOR WAIVER OF APPEARANCE